**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LAWRENCE PAUL BILLIMEK**<br>**#36094-510** | **CIVIL ACTION NO. 1:25-CV-01608**<br>**SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN F C I POLLOCK**<br>**SATELLITE CAMP** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge (R. Doc. 7), in which it is recommended that the habeas petition filed by Lawrence Billimek ("Petitioner") be dismissed without prejudice. Petitioner has filed an Objection (R. Doc. 8).

Taking the facts set forth in Petitioner's Objection as true, he has not exhausted his administrative remedies. "On November 26, 2025, Petitioner submitted a BP-10 to the South Central Regional Office." (R. Doc. 8 at 3). "As of the date of these objections, Petitioner has not received a Regional decision within the regulatory time frame." (Doc. 8 at 4). However, 28 C.F.R. § 542.18 provides that a Regional Director may respond to a request or appeal for an administrative remedy within 30 calendar days. Accordingly, the response deadline for the Regional Director is December 26, 2025. The Petitioner would then need to appeal to the Central Office. 28 C.F.R. 542.15(a). Petitioner also cites to *Yufenyuy v. Warden*, 659 F. Supp. 3d 213 (D.N.H. 2023) and *Sharma v. Peters*, 2:24-cv-158 (M.D. Ala. Jan. 12, 2024), to assert that courts regularly excuse the failure to exhaust "where the challenged miscalculation directly extends custody beyond the lawful term." (R. Doc. 8 at 5). However, the court did not excuse the failure to exhaust in *Yufenyuy*, the Warden waived the exhaustion defense. *Yufenyuy*, 659 F. Supp. 3d, n.1. A close reading of *Sharma* reveals that the exhaustion of administrative remedies was not addressed by the court.

Having conducted a de novo review of the record and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the habeas petition is **DENIED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers this 15th day of December, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**